

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2015

No. 04-15-00095-CV

**IN THE INTEREST OF N.B.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00469
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    This is an accelerated appeal from the trial court's February 9, 2015 order terminating appellant's parental rights. Appellant timely filed a notice of appeal on February 23, 2015. Accordingly, the record was due March 5, 2015. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The clerk's record was timely filed on February 25, but the reporter's record was not filed.

    On March 11, the clerk of this court notified the court reporter, David Zarate, by letter that he is the reporter responsible for the record and that the record was late. Our letter required the record be filed by March 23, 2015. The record has not been filed.

    We **order** the court reporter, David Zarate, and the Bexar County District Clerk to file the clerk's and reporter's records by **April 1, 2015**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the filing of the record as ordered. *See* TEX. R. APP. P. 28.4(b)(2), 35.3(c).

    Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2015.



Keith E. Hottle
Clerk of Court